# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEROME VINCENT JOHNSON** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | **NO. 09-5482** |
| | : | |
| **PHILADELPHIA COUNTY,** | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **PHILADELPHIA COUNTY PRISON** | : | |
| **and PROBATION & PAROLE** | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this 17th day of May, 2010, upon *sua sponte* screening for dismissal under 28 U.S.C. § 1915(e)(2)(B), and finding that the amended complaint fails to state a claim upon which relief may be granted, it is hereby ORDERED that the plaintiff is granted leave to file a more definite statement of the case against these defendants. This action will be dismissed in its entirety if a second amended complaint is not filed within thirty (30) days of the date of this Order.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.